UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew H. S., <br><br> Plaintiff, <br><br> v. <br><br> Kilolo Kijakazi, *Acting Commissioner of Social Security*, <br><br> Defendant. | Case No. 20-cv-1553 (SRN/HB) <br><br><br> **ORDER** |

James B. Peterson, Falsani Balmer Peterson Quinn & Beyer, 306 W. Superior St. Suite 1200, Duluth, MN 55802 for Plaintiff

Kizuwanda Curtis, Social Security Administration, Office of the General Counsel, Suite 350, Social Security Administration, 1301 Young Street, Mailroom 104, Dallas, TX 7502 for Defendant.

This matter is before the Court on the Report and Recommendation of Magistrate Judge Hildy Bowbeer dated January 24, 2022 [Doc No. 24]. No objections have been filed to the Report and Recommendation in the time period permitted under the Local Rules.

Accordingly, based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

1. Plaintiff Andrew H. S.'s Motion for Summary Judgment [Doc No. 17] is **DENIED** and;

2. Defendant Commissioner of Social Security Kilolo Kijakazi's Motion for Summary Judgment [Doc No. 22] is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 10, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
